

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0000 4788 3254**
Detailed Results:

- Delivered, November 06, 2006, 7:49 am, WATERLOO, IA 50704
- Arrival at Unit, November 06, 2006, 7:40 am, WATERLOO, IA 50701
- Acceptance, October 31, 2006, 3:19 pm, SAN JOSE, CA 95113

‹ Back                      Return to USPS.com Home ›

**Track & Confirm**

Enter Label/Receipt Number.

Go ›



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*AnneKane*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>THE CBE GROUP INC.<br>131 TOWER PARK, SUITE 100<br>WATERLOO, IA 50701-9588 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0000 4788 3254 |

PS Form 3811, February 2004       Domestic Return Receipt            102595-02-M-1540



EXHIBIT 3

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do              8/17/2007