

**The CBE Group** INC.

CALL: 866-239-6098

Creditor: **Citibank**

Hours of Operation:  9:00 a.m.- 5:00 p.m. CT Monday-Friday

| Your Account Number: | P610350761 |
|---|---|
| Total Amount Due: | $1,003.90 |

10/21/06                                                                                                                  10/21/06

Dear EVELINE ROSENBERRY:

This account has been forwarded to our office by Citicorp Credit Services, Inc. (USA) regarding your CONOCO account.

Only you can decide if you would like to take advantage of the payment options below to pay this debt:

- Pay by AUTOPAY Check (Please call our office at 866-239-6098)
- SEND YOUR CHECK OR MONEY ORDER payable to "Citicorp Credit Services Inc. (USA)" (Insert in enclosed envelope with bottom of this letter)
- Pay by check ON-LINE at www.paycbe.com (Secure Internet Access)

**Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.**

Para información en español por favor llame al número (888)499-4914.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov/.

Please call our office with change of address information.

(QESP)40:T065:018484:001:1000:         W    1017660         PLEASE DETACH AND RETURN WITH ENCLOSED ENVELOPE                                                   CBEG0175

---

008515098-22-013031
131 TOWER PARK, SUITE 100
P.O. BOX 2547
WATERLOO, IA 50704-2547
CHANGE SERVICE REQUESTED

| ACCOUNT #: | DATE: | PLEASE PAY THIS AMOUNT: |
|---|---|---|
| P610350761 | 10/21/06 | $1,003.90 |
| AMOUNT ENCLOSED: | | |

10/21/06          0175                    CS Number:   01-008515098

Your e-mail address: _____

**EXHIBIT 1**

#BWNHTGJ
#01 0085150984#

ROSENBERRY, EVELINE H
750 FAIRMONT AVE APT 3
MOUNTAIN VIEW CA   94041-2049

CITICORP CREDIT SERVICES, INC. (USA)
PAYMENT PROCESSING CENTER
BOX 3136
MILWAUKEE, WI  53201-3136

03  008515098220130031  0000000100390  102106  175  9

```
008515098-22-013031
131 TOWER PARK, SUITE 100
P.O. BOX 2547
WATERLOO, IA 50704-2547
CHANGE SERVICE REQUESTED

#BWNHTGJ
#01 008515098#

ROSENBERRY, EVELINE H
750 FAIRMONT AVE APT 3
MOUNTAIN VIEW CA   94041-2049
```