

Performance, Solutions, Integrity…We're Driven.

The CBE Group INC.

November 21, 2006

Eveline Rosenberry
750 Fairmont Ave, Apt 3
Mountain View, Ca 94041

Regarding: P610350761

Dear Eveline Rosenberry:

The CBE Group, Inc. has submitted your inquiry to our client, Citicorp Credit Services, Inc. (USA) regarding your Conoco account. Please find enclosed their response regarding the account specified above.

Based on this response, your balance of $1003.90 is due on the attached validated account(s).

Please contact one of our representatives at (800) 501-1503 to arrange payment or mail your balance due to:

    The CBE Group, Inc.
    PO Box 2547
    Waterloo, IA 50704-2547

**This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.**

*The CBE Group, Inc.*

Enclosure

**Corporate Office**
131 Tower Park Drive
Suite 100
Waterloo, IA 50701-9374

EXHIBIT 5

Hours of Operation:   8:00 am – 9:00 pm CT Monday – Thursday
                                                8:00 am – 5:00 pm CT Friday
                                                8:00 am – 12:00 pm CT Saturday

P.O. Box 2547
Waterloo, Iowa 50704

Eveline Rosenberry
750 Fairmont Ave, Apt 3
Mountain View, Ca 94041

94041+2049-03 C005



UNITED STATES POSTAGE
02 1M
0004222046       $ 00.87⁰
                 NOV 21 2006
MAILED FROM ZIPCODE 50701