

Performance, Solutions, Integrity…We're Driven.

The CBE Group INC.

January 16, 2007

Eveline Rosenberry
750 Fairmont 3
Mountain View, Ca 94041

Regarding: 205826365

Dear Eveline Rosenberry:

The CBE Group, Inc. has submitted your inquiry to our client, Citicorp Credit Services, Inc. (USA) regarding your Shell Oil account. Please find enclosed their response regarding the account specified above.

Based on this response, your balance of $2,254.80 is due on the attached validated account(s).

Please contact one of our representatives at (800) 501-1503 to arrange payment or mail your balance due to:

The CBE Group, Inc.
PO Box 2547
Waterloo, IA 50704-2547

**This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.**

*The CBE Group, Inc.*

Enclosure

**Corporate Office**
131 Tower Park Drive
Suite 100
Waterloo, IA 50701-9374



EXHIBIT 8

Hours of Operation:   8:00 am – 9:00 pm CT Monday – Thursday
                      8:00 am – 5:00 pm CT Friday
                      8:00 am – 12:00 pm CT Saturday

P.O. Box 2547
Waterloo, Iowa 50704

January 16, 2007

Eveline Rosenberry
750 Fairmont 3
Mountain View, Ca 94041

94041+2049-03 C003



02 1M
0004222046
MAILED FROM ZIP CODE 50701
$ 00.87⁰
JAN 16 2007
UNITED STATES POSTAGE