1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION

10  EVELINE HENRIETTE ROSENBERRY,        Case No.  C07-05165-JW-PVT

11                    Plaintiff,

12  v.                                    **CERTIFICATE OF SERVICE
                                          BY MAIL**
13  THE CBE GROUP, INC., an Iowa
    corporation,
14
                      Defendant.
15

16  STATE OF CALIFORNIA          )
                                 ) ss:
17  COUNTY OF SANTA CLARA        )

18          I am employed in the County of Santa Clara, California.  I am over the age of eighteen years

19  and not a party to the within entitled cause.  My business address is 12 South First Street, Suite

20  1014, San Jose, California  95113-2403.  November 27, 2007, I served the following:

21          1.      FIRST AMENDED COMPLAINT

22  on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

23  with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

24  addressed as follows:

25  **DEFENDANT:**
    The CEB Group, Inc.
26  c/o Thomas R. Penaluna, Registered Agent
    131 Tower Park, Suite 100
27  Waterloo, IA  50701-9374

28
                                      -1-
    CERTIFICATE OF SERVICE BY MAIL                      Case No. C07-05165-JW-PVT

1        I declare under penalty of perjury that the foregoing is true and correct and that this

2   declaration was executed at San Jose, California on November 27, 2007.

3                       /s/ Fred W. Schwinn

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL                                              Case No. C07-05165-JW-PVT