IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC., an Iowa corporation,<br><br>Defendant. | Case No. C07-05165-JW-PVT<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 10, 2008

_____
Eveline Henriette Rosenberry, Plaintiff

Dated: January 10, 2008

_____
Fred W. Schwinn, Esq.
Attorney for Plaintiff