Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC., an Iowa corporation,<br><br>　　　　　　Defendant. | Case No. C07-05165-JW-PVT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

COMES NOW the Plaintiff, EVELINE HENRIETTE ROSENBERRY, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 1st day of February, 2008, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

　　　　J. Mark Thacker
　　　　Ropers, Majeski, Kohn & Bentley
　　　　80 North First Street
　　　　San Jose, CA 95113
　　　　　　Attorney for Defendant

Dated: February 1, 2008　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　EVELINE HENRIETTE ROSENBERRY

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES　　　　　　Case No. C07-05165-JW-PVT