1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 EVELINE HENRIETTE ROSENBERRY,                    Case No.  C07-05165-JW-PVT

11                     Plaintiff,
                                                    **ASSOCIATION OF COUNSEL**
12 v.

13 THE CBE GROUP, INC., an Iowa
   corporation,
14
                       Defendant.
15

16 TO THE CLERK OF THE COURT AND COUNSEL OF RECORD HEREIN:

17     PLEASE TAKE NOTICE that Fred W. Schwinn of the Consumer Law Center, Inc., counsel

18 of record for Plaintiff, EVELINE HENRIETTE ROSENBERRY, hereby associates Ronald Wilcox,

19 Attorney at Law, 2160 The Alameda, First Floor, Suite F, San Jose, California 95126-1122, as co-

20 counsel for Plaintiff, EVELINE HENRIETTE ROSENBERRY, in the above-captioned matter.

21     It is requested that both offices be served with all further correspondence, documents,

22 discovery, and pleadings.

23                                                  CONSUMER LAW CENTER, INC.

24

25 Dated:  February 7, 2008              By: /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
26                                           Attorney for Plaintiff
                                             EVELINE HENRIETTE
27                                           ROSENBERRY

28

ASSOCIATION OF COUNSEL                                              Case No.  C07-05165-JW-PVT