1  RICHARD M. WILLIAMS (SBN 68032)
   rwilliams@RMKB.com
2  J. MARK THACKER (SBN 157182)
   jthacker@RMKB.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, CA  95113
   Telephone:    (408) 287-6262
5  Facsimile:    (408) 918-4501

6  Attorneys for Defendant
   THE CBE GROUP, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | EVELINE HENRIETTE ROSENBERRY,    | CASE NO. C07-05165-JW-PVT
13 |           Plaintiff,             | **DEFENDANT THE CBE GROUP, INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-16**
14 | v.                               |
15 | THE CBE GROUP, INC., an Iowa corporation, |
16 |           Defendant.             |

18     Pursuant to Federal Rule of Civil Procedure 7.1, defendant THE CBE GROUP, INC.,

19 certifies that there is no parent corporation or publicly held corporation owning 10% or more of

20 its stock.

21     Pursuant to Local Rule 3-16, defendant THE CBE GROUP, INC., discloses the following:

22 Thomas R. Penaluna has a financial interest in THE CBE GROUP, INC.; Executive Risk

23 Indemnity, Inc. has an interest that could be substantially effected by the outcome of the

24 proceeding.

25 Dated: February 22, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

26                                   By: /s/ J. Mark Thacker
27                                       J. MARK THACKER
                                         Attorneys for Defendant
28                                       THE CBE GROUP, INC.

RC1/5075418/DB
DISCLOSURES PURSUANT TO FEDERAL RULE OF                    CASE NO. C07-05165-JW-PVT
CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-16

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Jose*