# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Rosenberry,<br><br>           Plaintiff(s),<br><br>     v.<br><br>The CBE Group, Inc,<br><br>           Defendant(s). | No. C 07-05165 JW MED<br><br>**Certification of ADR Session** |

***Instructions**: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 26, 2008_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _3/26/08_                                    _Mary McLain_ (signature)
                                                    **Mediator, Mary McLain**
                                                    McLain Mediation
                                                    20 Sunnyside Ave., Suite 110
                                                    Mill Valley, CA 94941