1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 | EVELINE HENRIETTE ROSENBERRY, | Case No. C07-05165-JW-PVT |
11 | Plaintiff, | |
12 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
13 | THE CBE GROUP, INC., an Iowa corporation, | Fed. R. Civ. P. 41(a)(1) |
14 | | |
15 | Defendant. | |

16    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and

17 Defendant, THE CBE GROUP, INC., stipulate, and the Court hereby orders, as follows:

18        1.   The dispute between the parties has been settled, therefore, the claims asserted

19 by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendant, THE CBE GROUP,

20 INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

21 Civ. P. 41(a)(1).

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE                              Case No. C07-05165-JW-PVT

-2-

Dated: April 18, 2008  /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　EVELINE HENRIETTE
　　　　　　　　　　　　　　　　　　　　ROSENBERRY

Dated: April 18, 2008  /s/ J. Mark Thacker
　　　　　　　　　　　　　　　　　　　　J. Mark Thacker
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　THE CBE GROUP, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　The Honorable James Ware
　　　　　　　　　　　　　　　　　　　　Judge of the District Court