Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
EVELINE HENRIETTE ROSENBERRY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC., an Iowa corporation,<br><br>　　　　　　　Defendant. | Case No. C07-05165-JW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, EVELINE HENRIETTE ROSENBERRY, and Defendant, THE CBE GROUP, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, EVELINE HENRIETTE ROSENBERRY, against Defendant, THE CBE GROUP, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1  Dated: April 18, 2008                          /s/ Fred W. Schwinn
2                                                 Fred W. Schwinn, Esq.
                                                  Attorney for Plaintiff
                                                  EVELINE HENRIETTE
3                                                 ROSENBERRY

4
   Dated: April 18, 2008                          /s/ J. Mark Thacker
5                                                 J. Mark Thacker
                                                  Attorney for Defendant
6                                                 THE CBE GROUP, INC.

7

8  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
9   The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

10  Dated: May 5, 2008                            _____
                                                  The Honorable James Ware
11                                                Judge of the District Court

12

...

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                          Case No. C07-05165-JW-PVT